No. 319, Misc. STONE v. HALL, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for respondent.

No. 394, Misc. CORDLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 395, Misc. WOODY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Justin R. Wolf* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 504, Misc. GAINES v. CALIFORNIA. Super. Ct. Cal., County of Contra Costa. Certiorari denied.

No. 505, Misc. THOMPSON v. CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 508, Misc. BEY v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 510, Misc. BRUNETTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.

No. 531, Misc. REALMUTO v. WALLACK, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 537, Misc. FALGOUT v. COLORADO. C. A. 10th Cir. Certiorari denied.

No. 581, Misc. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.